| PROB 22 (Rev. 2/88) **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Trans. Court)* 0644 5:11CR35-1 |
|---|---|
| | DOCKET NUMBER *(Rec. Court)* 3:14-00109-01 |

| NAME AND ADDRESS OF PROBATIONER SUPERVISED RELEASEE  DEMETRIS FITZGERALD  ---------- SMYRNA, TN 37167 | DISTRICT Western Kentucky | DIVISION Paducah |
|---|---|---|
| | NAME OF SENTENCING JUDGE Thomas B. Russell, Senior Judge, U.S. District Court | |
| | DATES OF PROBATION: SUPERVISED RELEASE: | FROM 04/04/2014 — TO 04/03/2017 |

OFFENSE
Ct. 1: Conspiracy to Distribute Cocaine Base, a class C Felony
Ct. 2: Conspiracy to Distribute Cocaine Base, a class C Felony
Ct. 3: Distribution of Cocaine Base, a class C Felony

### PART 1 – ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE __WESTERN__ DISTRICT OF __KENTUCKY__

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the __MIDDLE DISTRICT OF TENNESSEE, NASHVILLE DIVISION__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

May 21, 2014
_____
Date

*(signature)*
Thomas B. Russell, Senior Judge
United States District Court

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 – ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE __MIDDLE__ DISTRICT OF __TENNESSEE, NASHVILLE DIVISION__

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

7-28-14
_____
Effective Date

*(signature)*
UNITED STATES DISTRICT JUDGE